

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2006

# Stolt Nielsen v. USA

Precedential or Non-Precedential: Precedential

Docket No. 05-1480

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Stolt Nielsen v. USA" (2006). *2006 Decisions.* Paper 998.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/998

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 05-1480**

STOLT-NIELSEN, S.A., et al.

v.

UNITED STATES OF AMERICA, Appellant

(U.S. District Court for the Eastern District of PA: No. 04-cv-00537)

**Present:     AMBRO, Circuit Judge and RESTANI, Judge of International Trade**

Letter dated 03/24/06 construed as Motion by Appellant, USA, to Amend Opinion filed 03/23/06.


|  |  |
|---|---|
|  | /s/ Aina R. Laws |
| **Opinion filed 03/23/06** | Case Manager  267-299-4957 |

—————————— **O R D E R** ——————————

The foregoing motion is granted.


By the Court,

/s/ Thomas L. Ambro, Circuit Judge


Dated:  May 16, 2006

ARL/cc: JPF; JJP; JAB; ADB; IAC; CMC; GAD; JMG; RDL